**\*\*NOT INCLUDED IN ELECTRONIC FILE\*\***

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICTOF IDAHO
--------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
|     Mcdonnell;Kenneth | Case No: 0540801 |
| | Unsecured Claim Amt::   $7,969.37 |
| | Secured Claim Amt:       $0.00 |
| 82 W Boise Ave | Trustee: L.D. Fitzgerald |
| Aberdeen, ID 832101906 | Court Unsecured Claim No: 004 |
| | Trustee Unsecured Claim No.: |
| | Court Secured Claim No. : |
| Debtor (s) | Trustee Secured Claim No.: |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

LVNV Funding LLC., its successors and assigns, as assignee of US Bank  (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated 11/23/2005 by and betweenn the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Purchaser/ Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings.  As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the **Joint Notice of Transfer of Claim**.

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Seller/Transferor/Assignor under its name or the name of any of the following acquired institution(s):

Account number: 6477  *4190080867726477*
Trustee/Orig Acct # :    * *
Dated: February 24, 2006

**SELLER/TRANSFEROR/ASSIGNOR:**    **PURCHASER/ASSIGNEE/TRANSFEREE:**

**US Bank**                                          **LVNV Funding LLC., its successors and assigns, as assignee of US Bank**
**950 17th Street, Suite 810**       **c/o RESURGENT CAPITAL SERVICES**
**Denver, CO 80202**             **P. O. BOX 10587**
                                                    **GREENVILLE, SC  29603-0587**
                                                    **Toll Free:  (877) 264-5884**
                                                     **Fax:         (864) 678-8790**

**By: See attached assignment____**

ASN:                                                     **By:** _____
PORT: 5911                                            **JOYCE MONTJOY**
CT:  45

5911

## ASSIGNMENT OF ACCOUNTS

U.S. Bank National Association ND ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to LVNV Funding ("Subsequent Buyer") as immediate successor to Sherman Originator LLC ("Buyer") all right, title and interest in and to (i) the Seller's Chapter 13 bankruptcy accounts which are described on the disk furnished by the Seller to the Buyer in connection herewith; and (ii) all proceeds of such accounts (each, and "Account") after the close of business on November 23, 2005.

The Accounts include accounts which were previously owned by Firstar, Mercantile or First Bank.

Pursuant to the foregoing assignment, the Seller stipulates that the Subsequent Buyer may be substituted for the Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001(e)(2) or otherwise.

Each of the obligations of the Seller required to be performed by the Seller on or prior to the date hereof pursuant to the terms of the Purchase Agreement for Bulk Accounts dated November 23, 2005, among the Seller, U.S. Bank National Association ND and the Buyer (the "Agreement") has been duly performed; and all representations and warranties of the Seller made under such Agreement are true and correct as of the date hereof.

Dated: 11/22/05

SELLER: U.S. Bank National Association ND
By: _____
Name (print): KEITH POFUER
Title: Vice President of Retail Loss Prevention