Form 210A (10/06)

# United States Bankruptcy Court

CENTRAL DISTRICT OF IDAHO

In Re: MCDONNELL; KENNETH  
      MCDONNELL; ANNETTE

Case No.  0540801

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.


PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

US BANK  
-------------------------------------------  
Name of Transferor


Name and Address where notices to transferee  
should be sent:  
POB 41067  
NORFOLK, VA 23541

Court Claim # (if known): 5  
Amount of Claim: $3,699.13  
Date Claim Filed: 05/10/2005

Phone: (877)829-8298  
Last Four Digits of Acct # :  0071

Phone:  
Last Four Digits of Acct #:

Name and Address where transferee payments  
Should be sent (if different from above)  
PO Box 12914  
NORFOLK, VA 23541

Phone: (877)829-8298  
Last Four Digits of Acct # : 0071


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia  
    -------------------------------------------  
    Transferee/Transferee's Agent

Date: 4/21/2008


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

