# United States Bankruptcy Court
## for the
### District of Idaho

Trustee's Final Report

Case Number 0540801

In Re: KENNETH DALE & JOYCE ANNETTE MCDONNELL
SSN-XXX-XX-7245 & XXX-XX-2735

82 W BOISE AVE
ABERDEEN, ID  83210

Case Filed on:      April 21, 2005
Plan Confirmed on:  November 20, 2005

Plan was completed by debtor as confirmed.

Total funds received and disbursed pursuant to the plan: $17,133.00     Detail of Disbursements below:

| Claim SeqNo | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid under the plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 0 | STEPHEN A. MEIKLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Admin. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -1 | KENNETH DALE & JOYCE ANNE MCDONN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | DELL FINANCIAL SERVICES LP | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | IDAHO CENTRAL CREDIT UNION | 10,875.60 | 10,875.60 | 10,875.60 | 10,875.60 | 0.00 |
|   | Total Secured | 11,075.60 | 10,875.60 | 10,875.60 | 10,875.60 | 0.00 |
| 1.1 | DELL FINANCIAL SERVICES LP | 558.61 | 558.61 | 558.61 | 90.88 | 0.00 |
| 2 | eCAST SETTLEMENT CORPORATION | 2,710.98 | 2,710.98 | 2,710.98 | 441.03 | 0.00 |
| 3 | CBP AFFILIATED SERVICES | 964.77 | 964.77 | 964.77 | 156.95 | 0.00 |
| 4 | PRA RECEIVABLES MANAGEMENT LLC | 3,699.13 | 3,699.13 | 3,699.13 | 601.77 | 0.00 |
| 5 | RESURGENT ACQUISITION LLC | 7,969.37 | 7,969.37 | 7,969.37 | 1,296.46 | 0.00 |
| 6 | ELAN/FIRSTAR CARD SERVICES | 336.91 | 336.91 | 336.91 | 54.81 | 0.00 |
| 7 | POWER COUNTY COLLECTIONS | 805.47 | 805.47 | 805.47 | 131.04 | 0.00 |
| 8 | HOUSEHOLD FINANCE CORP III | 12,704.94 | 12,704.94 | 12,704.94 | 2,066.84 | 0.00 |
|   | Total Unsecured | 29,750.18 | 29,750.18 | 29,750.18 | 4,839.78 | 0.00 |
|   | Grand Totals: | 40,825.78 | 40,625.78 | 40,625.78 | 15,715.38 | 0.00 |

Total Paid Claimant```:    15,715.38
Trustee Allowances````:     1,417.62
Percent Paid Unsecured:    16.268 %

Wherefore, your petitioner prays that a Final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: November 14, 2008

/s/ L.D. Fitzgerald, Trustee
---------------------------------------------
L.D. Fitzgerald, Trustee

Clerk's copy

```
                    UNITED STATES BANKRUPTCY COURT
                              for the
                         District of Idaho


In Re: KENNETH DALE & JOYCE ANNETTE MCDONNELL        Case Number: 0540801

                         Certificate of Mailing

    The undersigned certifies, under the penalties of perjury, that a copy of this Final Report in
case number 0540801 was mailed, in sealed envelopes, bearing first class indicia or was
delivered personally, to the following:


            Debtor:  KENNETH DALE & JOYCE ANNETTE MCDONNELL

                     82 W BOISE AVE
                     ABERDEEN, ID 83210


            Attorney for debtor:
                     STEPHEN A. MEIKLE
                     ATTORNEY AT LAW
                     PO BOX 343
                     POCATELLO, ID 83204




                                          Dated:  November 14, 2008
                                                  --------------------------

                                                  /s/ Staci Hernandez
                                                  -------------------------------------
```