**L.D. Fitzgerald**
**Chapter 13 Trustee**
**PO Box 818**
**Pocatello, Idaho 83204-0818**
**(208) 233-0500**
**(208) 232-4721 [Facsimile]**
**fitzgeraldoffice@qwestoffice.net**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 13** |
| | ) | |
| MCDONNELL, KENNETH DALE | ) | Case No.: 05-40801-13 |
| MCDONNELL, JOYCE ANNETTE | ) | TURNOVER OF FUNDS |
| | ) | TO THE CLERK |
| _____) | | |

　　　　The Court having Ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

　　　　The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK NO. | DATED | AMOUNT |
|---|---|---|---|
| RESURGENT ACQUISTION LLC<br>PO BOX 12914<br>NORFLOK VA 23541 | 1467862 | 11/13/08 | $707.09 |

　　　　　　　　TOTAL AMOUNT REMITTED:　　　　$707.09

Dated:  November 21, 2008

　　　　　　　　　　_/s/ L.D. Fitzgerald __
　　　　　　　　　　L.D. Fitzgerald, Trustee